UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOEVALIS LAWRENCE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:25-cv-00073-SNLJ |
| | ) | |
| MATTHEW FAIRLESS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to amend the complaint to reinstate defendants Nicholas Smith and Jason Lewis, who were dismissed for failure to state a claim. [Doc. 49]. Plaintiff offers additional allegations and arguments in support of his claims against Smith and Lewis. [*Id.*]. However, the Court does not accept piecemeal amendments to the complaint through supplements, declarations, notices, or other filings. *See Popoalii v. Correctional Medical Services*, 512 F.3d 488, 497 (8th Cir. 2008). A complaint may be amended or supplemented only by filing an amended complaint in accordance with Federal Rule of Civil Procedure 15 and Local Rule 4.07. Plaintiff's *pro se* status does not excuse him from complying with court orders or substantive and procedural law. *Burgs v. Sissel,* 745 F.2d 526, 528 (8th Cir. 1984) (per curiam).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the complaint to

reinstate defendants [Doc. 49] is **DENIED**.

**SO ORDERED** this 13th day of October, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE